IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


AYSHE TAYIP,                                              )
                                                         )
    Plaintiff,                                           )
v.                                                       )          3:07-0989
                                                         )
MICHAEL J. ASTRUE, Commissioner of Social                )
    Security,                                            )
                                                         )
    Defendant.                                           )


**ORDER**


        Before the Court is the Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C.

§ 405(g), to enter judgment reversing and remanding this case to the Commissioner, Document #11,

Defendant's Memorandum in Support of Motion, Document #12, and Plaintiff's no objection response,

Document #13.

        The Court has read and considered the Motion, Memorandum in Support, and Response.

        Accordingly, the Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), Document

#11, is **GRANTED,** and this cause is **REVERSED** and **REMANDED** in order for the Administrative Law Judge

to (1) update the medical evidence; (2) further evaluate the medical source opinions in the record; (3) obtain

evidence from a medical expert, if necessary; and (4) obtain additional testimony from a vocational expert,

if necessary.

        It is so **ORDERED**.


_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge